# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0169
Lower Tribunal No. 23-CC-002341

_____

EVENT MACHINE, INC.,

Appellant,

v.

ROBERT CHRISTIAN STEUDLE and KAREN C. STEUDLE d/b/a ELDUETS FARM,

Appellees.

_____

Appeal from the County Court for Lee County.
Lindsay Garza, Judge.

November 25, 2025

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and MIZE, JJ., concur.


Melville G. Brinson, III, of Melville G. Brinson III, P.A., St. James City, for Appellant.

Christopher J. DeCosta, of Mahshie & DeCosta, P.A., Fort Myers, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED